Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-292**

**Effective Date of Registration:**
June 19, 2025

**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** 38 Ways to Make a Perfect Coffee

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Grazyna Maniecka
  **Author Created:** 2-D artwork
  **Citizen of:** Poland

## Copyright Claimant

**Copyright Claimant:** Grazyna Maniecka
Droga Mleczna 26, Gutowo, 87-134, Poland

## Rights and Permissions

**Name:** Grazyna Maniecka
**Email:** info@follygraph.com
**Address:** Droga Mleczna 26
Gutowo 87-134 Poland

## Certification

**Name:** David Denholm
**Date:** June 19, 2025
**Applicant's Tracking Number:** GM2025061601

Page 1 of 2

