**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GRAZYNA MANIECKA,

    Plaintiff,                                    Case No.: 1:26-cv-01177

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | 扭腰裤服饰百货 |
| 2 | Electronic Service Intelligence of Yanjin County |
| 3 | luanpuduxinxizixunfuwuyouxiangongsi |
| 4 | dalianyimanshangmaoyo |
| 5 | 瀚立门帽挂件 |
| 6 | baofengxiantengdazhuangshigongcheng |
| 7 | boaixianchunlinshangmaoyouxiangongsi |
| 8 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 9 | wenxixianqinshiyangzhizhuanyehezuoshe |
| 10 | wngob |
| 11 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 12 | aigjinu |
| 13 | limnnn |
| 14 | Putianshidipeimaoyiyouxiangongsi |
| 15 | jishanxianbochaojianzhugongcheng |
| 16 | 户外辉手电品 |
| 17 | ywyxgs |
| 18 | chenyys |
| 19 | AnZhenJianZhuGongCheng |
| 20 | HYXNNDZSW |
| 21 | YongDeZhenDongShangMao |
| 22 | GuangZhouYueRanDianShangYouXianGongSi |
| 23 | QUNNKASUJ |
| 24 | zhaoyy |

| | |
|---|---|
| 25 | 金华市淑徽服饰有限公司 |
| 26 | ningboxinrongmaoyiyouxiangongsi |
| 27 | WangBin75 |
| 28 | saunx |
| 29 | anyangningxinyuanyanglaofuwu |
| 30 | DaFengXinXingJianCai |
| 31 | shanxiyadushuihuixiyu |
| 32 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 33 | ykcuh |
| 34 | QuJingXuLiaoShangMao |
| 35 | fuqiangmz |
| 36 | 车贤饰内店 |
| 37 | Gaobeidian Chaojie Trading Co., Ltd |
| 38 | Linyi Bangman Trading Co., Ltd |
| 39 | dongguanshiyitefangzhipinyouxiangongsi |
| 40 | zzhfias |
| 41 | luoheminfushangmaoyou |
| 42 | 贫铭商贸 |
| 43 | tianjinbangteyunshugufenyouxiangongsi |
| 44 | jieshoushishuobojiating |
| 45 | 户外健工具店 |
| 46 | LouDiShiPoRanKuoMaoYiYouXianGongSi |
| 47 | zhujishishangxueqizhenzhi |
| 48 | deyangzhiguangshanxi |
| 49 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 50 | zhiuen |
| 51 | puyangshixiexiaoliudianzishangw |
| 52 | hnahx |
| 53 | tikomo |
| 54 | anhuifuyueshangmaoyouxia |
| 55 | changshajiakekejiyouxiangongsi |
| 56 | 衡阳茜勿商贸有限公司 |
| 57 | 室厨垫品 |
| 58 | LiQiXia55 |
| 59 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 60 | ZhuZhouLeiLiHuaMaoYiYouXianGongSi |
| 61 | GuangZhouJieQianMaoYiYouXianGongSi |
| 62 | liyanuq |
| 63 | taizhoushihongguanfushiyouxian |

| | |
|---|---|
| 64 | yfyh |
| 65 | baoooll |
| 66 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 67 | xixinp |
| 68 | hengtaihengbeijingjiudianguan |
| 69 | jiannmn |
| 70 | JJIWE |
| 71 | 范书柜收纳 |
| 72 | owle dinner |
| 73 | ShengZeJianZhu |
| 74 | Warlesms |
| 75 | hipe69 |
| 76 | xuchangdingxiazhuangshigongcheng |
| 77 | shanxijinjiachengshengnengyuankeji |
| 78 | ZiYingFanShan |
| 79 | zjinxs |
| 80 | Ruichun business |
| 81 | mengchengxianwangyihuajiatingnong |
| 82 | Guangzhou Runban Trading Co., Ltd |
| 83 | HuiChengChongShangMaoFuZhuangDian |
| 84 | GuangZhouYiWuShangMao |
| 85 | shenyangchuangqingxianshangmaoyouxiangongsi |
| 86 | XiXiaXianJiaHongKeJi |
| 87 | luoheshizhenglvjiatingnongchang |
| 88 | anyangdahengjidianshebeianzhuang |
| 89 | Xiaoss |
| 90 | hyynh |
| 91 | guangzhouyuantengjimaoyi |
| 92 | fuyangdengmufushishangmaoyouxiangongsi |
| 93 | henanchanghuinongyeshiyeyouxian |
| 94 | SHIKKI |
| 95 | xiamenshifuyulibaihuodian |
| 96 | xinjiangjiashijiejiazhengfuwu |
| 97 | KKKll |
| 98 | wudalianchiwanhaopaimai |
| 99 | DaoMingJianShenFuWu |
| 100 | 东机电子店 |
| 101 | LLIANHH |
| 102 | heyuanzhangmaifuzhuang |
| 103 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 104 | taihexianbaochuanmingnongyejiating |

| | |
|---|---|
| 105 | dongmingxiyuanduoshangmao |
| 106 | zhongshanshiyingxindadengshiy |
| 107 | 辉凳支架垫 |
| 108 | suzhoushifuyuecaifangzhi |
| 109 | hongfajiadian |
| 110 | anshiqijunguanggaobiaoshizhizuoy |
| 111 | HuHeHaoTeShiYunZhengWei |
| 112 | LiBenHong74 |
| 113 | tangyinxianboliyezhuangshizhuangxiu |
| 114 | 宠玩朱配 |
| 115 | jiangyinshixingrongjixieguanjian |
| 116 | hebishishifanquouxingshangmaoyouxiangongsi |
| 117 | Tgljz35025N |
| 118 | 室外顶线科技 |
| 119 | GUOZH |
| 120 | 灯明亮潇电子 |
| 121 | jiangyinshihuayangjianzhulaowufuwu |
| 122 | zhengzhousenyuejiancai |
| 123 | mengchengxianziyangjienengdengxiao |
| 124 | yongjiepostersmaoyi |
| 125 | xuyaoyimaoyi |
| 126 | Shopping like a billionaire |
| 127 | yiwushishengtundianzishangwushanghang |
| 128 | chenshengA |
| 129 | GoodlW |
| 130 | MUCHENGGIFT LLC SHOP |
| 131 | anxin |
| 132 | HUANGZJ Poster Shop |
| 133 | SYS Art shop |
| 134 | FlipFluff |
| 135 | XDH Decor local |
| 136 | SQFNINE |
| 137 | EPIFJGGN |
| 138 | tinMall local |
| 139 | FFQGqiq |
| 140 | kjTemuone |
| 141 | LXF MARK |
| 142 | Pintura clida |
| 143 | SPPsrsix |
| 144 | EJGFNG |

4

| | |
|---|---|
| 145 | Junliang crafts |
| 146 | Jin Cheng Wu |
| 147 | AL Art shop |
| 148 | Y Home Painting |
| 149 | XAA Wall Art |
| 150 | Chen Art Painting |
| 151 | SQFNITY |
| 152 | SQFTHITY |
| 153 | SPPsrfifteen |
| 154 | Drapee |
| 155 | Yinhfdfkd Shop |
| 156 | DOUYS |
| 157 | Thinlight lin |
| 158 | a Fashion Decorative Painting |
| 159 | DIRIOIA |
| 160 | OUJIAN |
| 161 | Activ SHOP |
| 162 | Three materials craftsmanship |
| 163 | XNART |
| 164 | YAQWER |
| 165 | LINLILI SHOP |
| 166 | WJX ART |
| 167 | Zhang Jian Wall Art |
| 168 | Dantiepi shop |
| 169 | NG Decoration |
| 170 | Tsukii Art SHOP |
| 171 | A ART ING |
| 172 | Leike Movement |
| 173 | WDRWDR |
| 174 | YJX ART DECORATION |
| 175 | Tin ZF |
| 176 | Uncle Painters Shop |
| 177 | Xiaohus home decoration |
| 178 | H ART |
| 179 | CAI CY |
| 180 | LHB wall decoration |
| 181 | XWusjlsdkvjls |
| 182 | Happy Holidayss |
| 183 | lianzhenqing |
| 184 | Jerry decoration |
| 185 | WEIAA |

| | |
|---|---|
| 186 | Blissful II |
| 187 | OY Art Canvas Painting |
| 188 | FG Art shop |
| 189 | XWQMall |
| 190 | Beautiful retro iron painting |
| 191 | MVPIIBUG |
| 192 | S Y Decorative painting monopoly |
| 193 | Good Pinnacle Shop |
| 194 | XM ART |
| 195 | Asher Gallery |
| 196 | DDENG ART |
| 197 | fan fan de Lou |
| 198 | KIDAMB |
| 199 | Hu painting collection |
| 200 | OUMEID |